IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR158 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA THORPE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for appointment of an attorney (Filing No. 99) and his motion to proceed *in forma pauperis* (Filing No. 100). The Court will grant defendant's motion to proceed *in forma pauperis* and refer his motion for appointment of an attorney to the United States Court of Appeals for the Eighth Circuit. Accordingly,

IT IS ORDERED:

1) Defendant's motion to proceed *in forma pauperis* is granted;

2) Defendant's motion for appointment of an attorney is referred to the United States Court of Appeals for the Eighth Circuit.

DATED this 20th day of June, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court