IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR158 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA THORPE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the mandate of the United States Court of Appeals for the Eighth Circuit (Filing No. 145), directing that defendant be resentenced. Accordingly,

IT IS ORDERED:

1) That resentencing in this matter is scheduled for:

**Friday, August 11, 2006, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2) That the federal public defender shall appoint Donald Schense to represent defendant during said proceedings.

DATED this 26th day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court