IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR158 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSHUA THORPE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's letter (Filing No. 177), which the Court will construe as a motion for extension of time to file an appeal. Accordingly,

IT IS ORDERED:

1) Defendant's letter/motion for extension of time to file an appeal is granted.

2) The clerk of the court shall furnish defendant with a form notice of appeal; and defendant shall have until January 26, 2007, to file his notice of appeal.

DATED this 3rd day of January, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court