IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )          8:04CR158
                               )
          v.                   )
                               )
JOSHUA THORPE,                 )          ORDER AND JUDGMENT
                               )
               Defendant.      )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's motion filed pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct sentence (Filing No. 216) is denied.

DATED this 28th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court