IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:04CR158
                               )
       v.                      )
                               )
JOSHUA THORPE,                 )        ORDER AND JUDGMENT
                               )
              Defendant.       )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED that defendant's petition for reduction in sentencing under Fair Sentencing Act H.B. 1789 in accordance with Sec. 3582(c)(2) (Filing No. 226) is denied.

DATED this 4th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court